BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5080
   FAX: (408) 535-5066
   jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 14-00028-4 EJD |
|---|---|
|     Plaintiff, | ) |
|   v. | ) ORDER ON |
| ESMERALDA LUVIANO, | ) NOTICE OF DISMISSAL |
|     Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment without prejudice as to Esmeralda Luviano only in the above-referenced case.

DATED:  December 15, 2016          Respectfully submitted,

                                                 BRIAN J. STRETCH
                                                 United States Attorney

                                                 /s/
                                                 JEFFREY A. BACKHUS
                                                 Assistant United States Attorney

NOTICE OF DISMISSAL (CR 14-00028-4 EJD)

# [PROPOSED] ORDER

Leave is granted to the government to dismiss the Indictment as to Esmeralda Luviano.

Date: 12/16/2016

EDWARD J. DAVILA
United States District Judge

[PROPOSED] ORDER OF DISMISSAL (CR 14-00028-4 EJD)